Moore v. Annuity Association.

No. 19,581.

ROBERT T. MOORE and LILLIE MOORE, *Appellants,* v. THE LIFE AND ANNUITY ASSOCIATION, *Appellee.*

OPINION ON MOTION FOR WRITTEN OPINION.

Appeal from Cowley district court; CARROLL L. SWARTS, judge. Opinion on motion for written opinion on second petition for rehearing filed October 9, 1915. Motion denied. (For opinion on rehearing see 95 Kan. 591, 148 Pac. 983.)

*Alex. S. Hendry,* of McPherson, for the appellants.

*Stephen H. Allen, Otis S. Allen,* both of Topeka, and *A. R. Lamb,* of Coffeyville, for the appellee.

*Per Curiam:* On May 19 appellants filed a petition for rehearing, which was denied, no opinion being rendered. Among other questions presented was, whether the action of the annuity association in changing its by-laws violates the provisions of section 10 of article 1 of the constitution of the United States, in that it impairs the obligation of the contract between appellants and the association, and in effect deprives the appellants of vested rights. In a supplemental petition for rehearing it is asked that the court decide the federal question suggested in the former petition. We hold that the changes in the by-laws of the association do not have the effect contended for by the appellants, nor constitute a violation of the federal constitution, and therefore the petition is denied.